UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACY SISSON,<br><br>                Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. C09-5738KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 30th day of November, 2009.

                                                    Karen L. Strombom
                                                    United States Magistrate Judge

ORDER - 1