UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACY SISSON, | Case No. 3:09-cv-05738-RBL-KLS |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation [Dkt. #21], and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation;

(2)   the administrative decision is AFFIRMED;

(3)   the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 18th day of January, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1